CCA # 13-12-00603-CR

OFFENSE: Capital Murder

STYLE: Ricardo Muñoz Sanchez AKA Ricardo Alonso Sanchez v. The State Of Texas

COUNTY: Hidalgo

TRIAL COURT: 275th District Court
TRIAL COURT #: CR-003-11-E
TRIAL COURT JUDGE: Judge Juan Ramon Partida
DISPOSITION: Affirmed

_____ MOTION
FOR REHEARING IS: _____
DATE: May 14, 2015
JUDGE: Chief Justice Valdez

DATE: _____

JUSTICE: _____ PC ___ S ___

PUBLISH: _____          DNP: _____

CLK RECORD: _____X_____          SUPP CLK RECORD _____
RPT RECORD: _____X_____          SUPP RPT RECORD _____
STATE BR: ____X_____          SUPP BR _____
APP BR: ____X_____          PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

- - - - - - - - - - - - - - - -

_____ PRO SE _____ Petition

Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

REFUSED

JUDGE: _____

DATE: 08/26/2015

SIGNED: _____      PC: _____

JUDGE: Per Curiam

PUBLISH: _____      DNP: _____

- - - - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN

MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____

_____ ON _____

JUDGE: _____

JUDGE: _____

Vol. 1 of 5